EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en una causa sobre violación.

No. 756.—Resuelto en febrero 18, 1915.

VIOLACIÓN—CORROBORACIÓN DE LA DECLARACIÓN DE LA OFENDIDA.—No es necesario que la prueba de corroboración comprenda todos los elementos del delito, sino que es bastante si ella tiende a mostrar algunos detalles que establezcan una relación entre el acusado y el delito.

ID.—CORROBORACIÓN SUFICIENTE.—En el presente caso la perjudicada declaró que el acusado, profesor de su escuela, la haló por un brazo, la hizo entrar en la oficina del colegio y allí tuvo con ella contacto carnal. Como corroboración declaró una compañera de escuela de la ofendida, quién dijo que el

profesor (el acusado) llevó a la perjudicada a su oficina y cerró la puerta, habiendo además prueba pericial tendente a demostrar la ruptura del himen; y se resolvió: que el testimonio de la perjudicada fué suficientemente corroborado, de acuerdo con la ley.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Juan B. Huyke.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Se imputó al acusado el delito de violación cometido con una niña menor de catorce años. Fué juzgado por un jurado que lo declaró culpable de dicho delito y sentenciado a sufrir la pena de diez años de presidio con trabajos forzados.

El apelante admite en su alegato que las manifestaciones hechas por la perjudicada tendían a probar la comisión del delito imputado pero alega que la prueba exigida por el estatuto sobre la corroboración fué insuficiente. La cuestión fué promovida ante la corte inferior por medio de moción de *nonsuit* que fué presentada a la terminación de la prueba del Fiscal.

La perjudicada declaró en sustancia que el apelante, profesor de la escuela, la haló por un brazo, la hizo entrar en la oficina de la escuela y allí la desgració. Evangelia Vázquez, compañera de escuela, declaró que en uno de los días del mes de mayo (mes en que se cometió el delito) ella acompañó a la escuela a la ofendida; que el profesor llevó a la perjudicada a su oficina y cerró la puerta, y que después vió salir solo al profesor; que le llamó la atención porque lo mismo le había hecho a ella. El Doctor Brice declaró que de un examen que hizo del himen el día del juicio aparecía que la niña había sido desflorada.

En los casos de *El Pueblo v. Maldonado,* 17 D. P. R., 23, y *El Pueblo v. de Jesús,* 18 D. P. R., 591, se establece el principio de que no es necesario que la prueba de corroboración comprenda todos los elementos del delito, pero que dicha prueba debe ser tendente a mostrar algunos detalles que esta-

blezcan una relación entre el acusado y el delito. En casos de esta naturaleza, generalmente cometidos secretamente, es difícil una prueba corroborante que sea fuerte y no se exige que sea muy robusta dicha prueba. Sin embargo, en el presente caso una compañera de escuela declaró que el profesor llevó a la perjudicada a su oficina y cerró la puerta y la prueba pericial tendía a mostrar la ruptura del himen. Aunque la prueba de corroboración no haya sido muy robusta, es suficiente de acuerdo con la ley.

Debe confirmarse la sentencia apelada.

> *Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.